Talitha Gray Kozlowski (NSBN 9040)
Jared M Sechrist (NSBN 10439)
Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
(725) 777-3000
tgray@gtg.legal
jsechrist@gtg.legal

and

Wendy Thomas Wendrowski (District of Columbia Bar No. 44026)
(pro hac vice application pending)
Seyfarth Shaw LLP
975 F Street, NW
Washington, DC 20004
(202) 828-3542
wwendrowski@seyfarth.com

*Attorneys for Plaintiff*

Matthew C. Addison (NSBN 4201)
Philip M. Mannelly (NSBN 14236)
McDonald Carano LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
(775) 788-2000
maddison@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WINSPEAR CONSTRUCTION, LLC,<br><br>Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendant. | Case No.: 2:21-cv-00456-RFB-DJA<br><br>**STIPULATION AND JOINT APPLICATION TO LIFT STAY AND DISMISS CASE WITH PREJUDICE**<br><br>Trial Date: None Set.<br>Complaint Filed: March 19, 2021 |

Plaintiff, WINSPEAR CONSTRUCTION, LLC, an Idaho limited liability company ("Winspear") and Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation ("Travelers") (Plaintiff and Defendant, collectively, the

"Parties" or individually, a "Party"), by and through their undersigned counsel, and pursuant to LR IA 6-2 and LR 7-1, hereby stipulate and agree as follows:

1. On July 12, 2021, the Court granted the Parties' Stipulation to Stay Proceedings Pending Arbitration [ECF No. 20].

2. Therein, the Court ordered that this matter shall be stayed until judgment has been rendered in the Arbitration.

3. Judgment has been rendered in the Arbitration.

4. The Parties respectfully request that the Court lift the stay and dismiss this action with prejudice, including all claims for relief pursued by all Parties, with each Party to bear its own attorney's fees, costs, and expenses.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

NOW, THEREFORE, Plaintiff and Defendant stipulate and apply to lift the stay in the above-referenced action and that this action shall be dismissed with prejudice, including all claims for relief pursued by all parties, with each party to bear its own attorney's fees, costs, and expenses, and respectfully request that this Court issue an order consistent with this stipulation and application.

| GARMAN TURNER GORDON | McDONALD CARANO LLP |
|---|---|
| Dated: July 19, 2022. | Dated: July 19, 2022. |
| By: */s/ Jared M. Sechrist*<br>Talitha Gray Kozlowski (NSBN 9040)<br>Jared M Sechrist (NSBN 10439)<br>Garman Turner Gordon<br>7251 Amigo Street, Suite 210<br>Las Vegas, NV 89119<br>(725) 777-3000<br>tgray@gtg.legal<br>jsechrist@gtg.legal | By: */s/ Philip M. Mannelly*<br>Matthew C. Addison (NSBN 4201)<br>Philip M. Mannelly (NSBN 14236)<br>100 W. Liberty St., 10th Fl.<br>Reno, Nevada 89501<br>Phone: (775) 788-2000<br>maddison@mcdonaldcarano.com<br>pmannelly@mcdonaldcarano.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 22nd day of July, 2022.

3